**Order entered September 16, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01000-CR

**FREDERICK DON GADDIS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-81994-2013**

## ORDER

We **GRANT** Court Reporter Tonya Lebo's September 12, 2014 request for an extension of time to file the reporter's record. The reporter's record shall be due **THIRTY DAYS** from the date of this order.

/s/    LANA MYERS
        JUSTICE